AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TREADWELL, MARC T. | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA | 06/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

P. O. BOX 65
MACON, GA 31202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Mercer University |
| 2. | Member of Board of Trustees | The Peyton Anderson Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Mercer Law School - Salary | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed landscape architect (d/b/a WT Designs) |
| 2. 2015 | Self-employed real estate professional (d/b/a WT Development, LLC) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Navicent Health | 4/29/2015-5/1/2015 | Amelia Island, FL | VHA Trustees Meeting (Spouse is board member) | Food, transportaion, lodging |
| 2. | Navicent Health | 03/19/2015-3/22/2015 | Amelia Island, FL | Spring retreat (Spouse is board member) | Food. transportation, lodging |
| 3. | Navicent Health | 10/8/2015-10/10/2015 | Atlanta, GA | Fall retreat (Spouse is board member) | Food, transportaion, lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Trust #2 | Mortgage on rental property #1, Fripp Island, SC (Part VII, line 4) | M |
| 2. | Merrill Lynch | Line of Credit - the assets of Brokerage #1 (Part VII, lines 9 - 15) are pledged collateral for this loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Bank and Trust Company Accounts | | None | J | T | | | | | |
| 2. Wells Fargo Bank Account (X) | | None | J | T | | | | | |
| 3. Bank of America (Y) | | | | | | | | | |
| 4. Rental Property #1, Fripp Island, South Carolina | E | Rent | O | W | | | | | |
| 5. Rental Property #2, Macon, Georgia | D | Rent | M | W | | | | | |
| 6. Rental Property #3, Macon, Georgia | D | Rent | L | W | | | | | |
| 7. Rental Property #4, Auburn, Alabama | D | Rent | M | W | | | | | |
| 8. Lincoln National Life - Survivorship universal life policy | | None | L | V | | | | | |
| 9. Brokerage #1 (H) | | | | | | | | | |
| 10. -Merrill Lynch Cash Management Account | A | Interest | L | T | | | | | |
| 11. -Powershares VRDO Tax Free Fund | A | Dividend | | | Sold (part) | 01/23/15 | K | | |
| 12. | | | | | Sold (part) | 02/26/15 | K | | |
| 13. | | | | | Sold | 12/14/15 | L | | |
| 14. -SP500 Stepup Issuer BAC | | None | J | T | Sold (part) | 07/24/15 | K | D | |
| 15. -Apple Inc. (common) | A | Dividend | J | T | | | | | |
| 16. Brokerage #2 (H) | | | | | | | | | |
| 17. -Merrill Lynch Cash Management Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Express Company (common) | A | Dividend | K | T | | | | | |
| 19. -Ameriprise Financial Inc (common) | A | Dividend | K | T | | | | | |
| 20. -Bristol-Myers Squibb Co (common) | A | Dividend | K | T | | | | | |
| 21. -General Electric (common) | A | Dividend | J | T | | | | | |
| 22. -Halyard Health Inc. (common) | | None | J | T | | | | | |
| 23. -Home Depot Inc (common) | A | Dividend | K | T | | | | | |
| 24. -Johnson and Johnson (common) | A | Dividend | K | T | | | | | |
| 25. -Kimberly Clark (common) | B | Dividend | L | T | | | | | |
| 26. -Zimmer Holdings Inc (common) | A | Dividend | J | T | | | | | |
| 27. Brokerage #3 (H) | | | | | | | | | |
| 28. -Merrill Lynch Cash Management Account | A | Dividend | J | T | | | | | |
| 29. -Allianz NFJ Dividend Value Fd Cl P | A | Dividend | | | Sold (part) | 03/04/15 | J | B | |
| 30. | | | | | Sold (part) | 09/18/15 | J | A | |
| 31. | | | | | Sold | 10/09/15 | J | | |
| 32. -Allianz NFJ International Value Fund | A | Dividend | | | Buy (add'l) | 03/04/15 | J | | |
| 33. | | | | | Sold | 10/09/15 | K | | |
| 34. -Ivey Asset Strategy Fund Cl I | | None | | | Sold | 03/04/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Mainstay Large Cap Growth Fund Cl I | | None | | | Buy (add'l) | 03/04/15 | J | | |
| 36. | | | | | Sold | 10/09/15 | K | D | |
| 37. -Mainstay Marketfield Fund Cl I | | None | | | Sold | 03/04/15 | J | | |
| 38. -MFS Value Fd Cl I | A | Dividend | | | Sold (part) | 03/04/15 | J | B | |
| 39. | | | | | Sold (part) | 09/18/15 | J | A | |
| 40. | | | | | Sold | 10/09/15 | K | C | |
| 41. -Oppenheimer Rising Dividends Fund Cl Y | A | Dividend | | | Sold | 10/09/15 | K | B | |
| 42. -Oppenheimer International Growth Fund Cl Y | | None | | | Buy | 03/04/15 | J | | |
| 43. | | | | | Sold | 10/09/15 | J | | |
| 44. -Nuveen High Yield Muni Bond Fd Cl I | A | Dividend | | | Sold | 03/04/15 | J | A | |
| 45. -Guggenheim Mid Cap Value Fund Cl I | | None | | | Buy (add'l) | 03/04/15 | J | | |
| 46. | | | | | Sold | 10/09/15 | J | | |
| 47. -Permanent Portfolio Fund | | None | | | Sold | 03/04/15 | J | | |
| 48. -Blackrock Equity Dividend Fund Instl | | None | | | Sold (part) | 03/04/15 | J | A | |
| 49. | | | | | Sold | 10/09/15 | J | B | |
| 50. -Blackrock Short-term Municipal Fund Instl | A | Dividend | | | Sold (part) | 03/04/15 | J | | |
| 51. | | | | | Sold | 10/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Apple Inc (common) | A | Dividend | K | T | Buy | 10/09/15 | K | | |
| 53. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 54. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 55. -Ishares Cohen & Sters REIT ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 56. -Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 57. -Guggenheim S&P Midcap 400 Pure Growth ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 58. -Guggenheim S&P 500 Pure Growth ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 59. -Powershares QQQ Trust SE 1 | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 60. -Ishares S&P Midcap 400 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 61. -Ishares U.S. Technology | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 62. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 63. -Ishares S&P 500 Growth | A | Dividend | K | T | Buy | 10/09/15 | J | | |
| 64. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 65. -Ishares U.S. Consumer Services ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 66. -Ishares U.S. Healthcare | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 67. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 68. -Ishares U.S. Real Estate | A | Dividend | J | T | Buy | 10/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares S&P Mid-cap 400 Value ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 70. -Ishares S&P Smallcap 600 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 71. -SPDR S&P Dividend ETF | | None | | | Buy | 09/18/15 | J | | |
| 72. | | | | | Sold | 10/09/15 | J | A | |
| 73. -SPDR S&P Midcap 400 ETF Trust | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 74. -SPDR Dow Jones Indust Av ETF Trust | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 75. -SPDR S&P 500 ETF Trust | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 76. -Pioneer AMT Free Municipal Fund Cl Y | A | Dividend | J | T | Buy | 03/04/15 | K | | |
| 77. | | | | | Sold (part) | 10/09/15 | K | | |
| 78. IRA #1 (H) | | | | | | | | | |
| 79. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 80. -Blackrock Equity Dividend Fund Instl | A | Dividend | | | Sold (part) | 09/18/15 | J | A | |
| 81. | | | | | Sold | 10/09/15 | J | B | |
| 82. -Dreyfus Appreciation Fd | A | Dividend | | | Sold | 09/18/15 | J | A | |
| 83. -Lazard Emerging Mkts Equity Ptfl Instl Class | A | Dividend | | | Sold | 09/11/15 | J | | |
| 84. -Mainstay Large Cap Growth Fund Cl I | | None | | | Sold (part) | 06/02/15 | J | A | |
| 85. | | | | | Sold | 10/09/15 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -MFS Research Bond Fund Cl I | A | Dividend | | | Sold | 06/05/15 | J | A | |
| 87.  -Neuberger Berman High Income Bond Fd Cl Inst | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 88.  -Oppenheimer Rising Dividends Fund Cl Y | A | Dividend | | | Buy (add'l) | 09/18/15 | J | | |
| 89. | | | | | Sold | 10/09/15 | J | A | |
| 90.  -TCW Total Return Bond Fd Cl I | A | Dividend | | | Sold | 10/09/15 | J | A | |
| 91.  -The Oakmark Intl Fund | | None | | | Sold (part) | 09/11/15 | J | A | |
| 92. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 93. | | | | | Sold | 10/09/15 | J | A | |
| 94.  -John Hancock Classic Value Fund Cl I | | None | | | Sold | 06/02/15 | J | C | |
| 95.  -MFS Emerging Markets Debt Fd Cl I (Y) | | | | | | | | | |
| 96.  -Clearbridge Small Cap Growth Fund Cl I | | None | | | Sold | 10/09/15 | J | A | |
| 97.  -Victory Small Company Opportunity Fund Cl Y | | None | | | Sold | 10/09/15 | J | A | |
| 98.  -Pimco Total Return Fund Cl P | A | Dividend | | | Sold | 06/02/15 | J | | |
| 99.  -Delaware Corporate Bond Fund Instl Cl | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 100. | | | | | Sold (part) | 10/09/15 | J | | |
| 101.  -Apple Inc (common) | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 102.  -Ishares Russell 1000 Growth Index ETF | A | Dividend | | | Buy | 09/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/09/15 | J | A | |
| 104.  -Ishares Russell 1000 Value Index ETF | A | Dividend | | | Buy | 09/18/15 | J | | |
| 105. | | | | | Sold | 10/09/15 | J | A | |
| 106.  -Ishares Core U.S. Treasury Bond ETF | A | Dividend | | | Buy | 09/18/15 | J | | |
| 107. | | | | | Sold | 10/09/15 | J | A | |
| 108.  -American Funds EuroPacific Growth Fund Class F-2 | | None | | | Buy | 09/11/15 | J | | |
| 109. | | | | | Sold (part) | 09/18/15 | J | | |
| 110. | | | | | Sold | 10/09/15 | J | A | |
| 111.  -Transamerica Emerging Markets Debt Fund Cl I | A | Dividend | | | Buy | 06/02/15 | J | | |
| 112. | | | | | Sold | 10/09/15 | J | | |
| 113.  -Wells Fargo Ultra Short-term Income Fund - Class Inst | A | Dividend | | | Buy | 06/02/15 | J | | |
| 114. | | | | | Sold | 09/18/15 | J | | |
| 115.  -T. Rowe Price U.S. Treasury Intermediate Fund | A | Dividend | | | Buy | 06/02/15 | J | | |
| 116. | | | | | Sold | 09/18/15 | J | A | |
| 117.  -John Hancock Funds Disciplined Value Fund Cl 1 | | None | | | Buy | 06/02/15 | J | | |
| 118. | | | | | Sold (part) | 09/18/15 | J | | |
| 119. | | | | | Sold | 10/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 121.  -Guggenheim S&P Midcap 400 Pure Growth ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 122.  -Guggenheim S&P 500 Pure Growth ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 123.  -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 124. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 125.  -Ishares Cohen & Steers REIT ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 126.  -Ishares S&P Midcap 400 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 127.  -Ishares U.S. Technology | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 128. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 129.  -Ishares S&P 500 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 130.  -Ishares U.S. Consumer Services ETF | A | Distribution | J | T | Buy | 10/09/15 | J | | |
| 131. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 132.  -Ishares U.S. Healthcare | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 133. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 134.  -Ishares U.S. Real Estate | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 135.  -Ishares S&P Midcap 400 Value ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 136.  -Ishares S&P Smallcap 600 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Powershares QQQ Trust SE 1 | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 138. -SPDR Dow Jones Indust Av ETF Trust | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 139. -SPDR S&P Midcap 400 ETF Trust | | None | J | T | Buy | 10/09/15 | J | | |
| 140. -SPDR S&P 500 ETF Trust | | None | J | T | Buy | 10/09/15 | J | | |
| 141. IRA #2 (H) | | | | | | | | | |
| 142. -Morgan Stanley Cash/Bank Deposit Program (Y) | | | | | | | | | |
| 143. -Merrill Lynch cash holding account (X) | A | Int./Div. | J | T | | | | | |
| 144. -American Cap Wrld Gr & Income Fund A | B | Dividend | K | T | | | | | |
| 145. -Apple Inc (Common) | A | Dividend | J | T | | | | | |
| 146. -Express Scripts Hldg Co (Common) | | None | J | T | | | | | |
| 147. -Wisdomtree Trust Emerging Markets High Dividend Fund (Y) | A | Dividend | J | T | | | | | |
| 148. -Alababa Group Holding LTD | | None | J | T | Buy | 09/16/15 | J | | |
| 149. -Novo Nordisk A S ADR | | None | J | T | Buy | 09/16/15 | J | | |
| 150. -Southern Company (common) | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 151. -Tractor Supply Co (common) | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 152. 401(k) Retirement Plan (H) | | | | | | | | | |
| 153. -American Funds - Growth Fund of America-R3 | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -American Funds - Investment Company of America-R3 | D | Dividend | M | T | | | | | |
| 155. -American Funds - Fundamental Investors-R3 | D | Dividend | M | T | | | | | |
| 156. IRA #3 (H) | | | | | | | | | |
| 157. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 158. -Blackrock Equity Dividend Fund Instl | A | Dividend | | | Sold (part) | 09/18/15 | J | A | |
| 159. | | | | | Sold | 10/09/15 | J | B | |
| 160. -Dreyfus Appreciation Fd | A | Dividend | | | Sold | 09/18/15 | J | A | |
| 161. -Lazard Emerging Mkts Equity Ptfl Instl Class | A | Dividend | | | Sold | 09/11/15 | J | | |
| 162. -Mainstay Large Cap Growth Fund Cl I | | None | | | Sold (part) | 06/02/15 | J | A | |
| 163. | | | | | Sold | 10/09/15 | J | B | |
| 164. -MFS Research Bond Fund Cl I | A | Dividend | | | Sold | 06/05/15 | J | A | |
| 165. -Neuberger Berman High Income Bond Fd Cl Inst | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 166. -Oppenheimer Rising Dividends Fund Cl Y | A | Dividend | | | Buy (add'l) | 09/18/15 | J | | |
| 167. | | | | | Sold | 10/09/15 | J | A | |
| 168. -TCW Total Return Bond Fd Cl I | A | Dividend | | | Buy (add'l) | 06/02/15 | J | | |
| 169. | | | | | Sold | 10/09/15 | J | | |
| 170. -The Oakmark Intl Fund | | None | | | Sold (part) | 09/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 172. | | | | | Sold | 10/09/15 | J | A | |
| 173. -John Hancock Classic Value Fund Cl I | | None | | | Sold | 06/02/15 | J | C | |
| 174. -Clearbridge Small Cap Growth Fund Cl I | | None | | | Sold | 10/09/15 | J | A | |
| 175. -Victory Small Company Opportunity Fund Cl Y | | None | | | Sold | 10/09/15 | J | A | |
| 176. -Pimco Total Return Fund Cl P | A | Dividend | | | Sold | 06/02/15 | J | | |
| 177. -Delaware Corporate Bond Fund Instl Cl | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 178. | | | | | Sold (part) | 10/09/15 | J | | |
| 179. -Apple Inc (common) | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 180. -Ishares Russell 1000 Growth Index ETF | A | Dividend | | | Buy | 09/18/15 | J | | |
| 181. | | | | | Sold | 10/09/15 | J | A | |
| 182. -Ishares Russell 1000 Value Index ETF | A | Dividend | | | Buy | 09/18/15 | J | | |
| 183. | | | | | Sold | 10/09/15 | J | A | |
| 184. -Ishares Core U.S. Treasury Bond ETF | A | Dividend | | | Buy | 09/18/15 | J | | |
| 185. | | | | | Sold | 10/09/15 | J | A | |
| 186. -American Funds EuroPacific Growth Fund Class F-2 | | | | | Buy | 09/11/15 | J | | |
| 187. | | | | | Sold (part) | 09/18/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 10/09/15 | J | A | |
| 189. -Transamerica Emerging Markets Debt Fund Cl I | A | Dividend | | | Buy | 06/02/15 | J | | |
| 190. | | | | | Sold | 10/09/15 | J | | |
| 191. -Wells Fargo Ultra Short-term Income Fund - Class Inst | A | Dividend | | | Buy | 06/02/15 | J | | |
| 192. | | | | | Sold | 09/18/15 | J | | |
| 193. -T. Rowe Price U.S. Treasury Intermediate Fund | A | Dividend | | | Buy | 06/02/15 | J | | |
| 194. | | | | | Sold | 09/18/15 | J | A | |
| 195. -John Hancock Funds Disciplined Value Fund Cl I | | None | | | Buy | 06/02/15 | J | | |
| 196. | | | | | Sold (part) | 09/18/15 | J | | |
| 197. | | | | | Sold | 10/09/15 | J | | |
| 198. -Guggenheim S&P 500 Equal Weight ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 199. -Guggenheim S&P Midcap 400 Pure Growth ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 200. -Guggenheim S&P 500 Pure Growth ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 201. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 202. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 203. -Ishares Cohen & Steers REIT ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 204. -Ishares S&P Midcap 400 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Ishares U.S. Technology | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 206. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 207.  -Ishares S&P 500 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 208.  -Ishares U.S. Consumer Services ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 209. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 210.  -Ishares U.S. Healthcare | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 211. | | | | | Buy (add'l) | 10/28/15 | J | | |
| 212.  -Ishares U.S. Real Estate | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 213.  -Ishares S&P Midcap 400 Value ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 214.  -Ishares S&P Smallcap 600 Growth | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 215.  -Powershares QQQ Trust SE 1 | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 216.  -SPDR Dow Jones Indust Av ETF Trust | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 217.  -SPDR S&P Midcap 400 ETF Trust | | None | J | T | Buy | 10/09/15 | J | | |
| 218.  -SPDR S&P 500 ETF Trust | | None | J | T | Buy | 10/09/15 | J | | |
| 219.  Trust #1 (H) | | | | | | | | | |
| 220.  -PWM Fiduciary Master Dep Acct | A | Int./Div. | K | T | | | | | |
| 221.  -Exxon Mobil Corp (Common) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Praxair Inc (Common) | A | Dividend | K | T | | | | | |
| 223.  -General Electric Co (Common) | C | Dividend | L | T | | | | | |
| 224.  -Home Depot Inc (Common) | B | Dividend | M | T | | | | | |
| 225.  -Coca-Cola Co (Common) | A | Dividend | J | T | | | | | |
| 226.  -Colgate Palmolive Co (Common) | A | Dividend | L | T | | | | | |
| 227.  -Kimberly Clark Corp (Common) | A | Dividend | K | T | | | | | |
| 228.  -Bristol Myers Squibb Co (Common) | A | Dividend | K | T | | | | | |
| 229.  -Johnson & Johnson (Common) | B | Dividend | L | T | | | | | |
| 230.  -American Express Co (Common) | A | Dividend | K | T | | | | | |
| 231.  -JP Morgan Chase & Co (Common) | A | Dividend | K | T | | | | | |
| 232.  -Wells Fargo & Co New (Common) | A | Dividend | K | T | | | | | |
| 233.  -Intel Corp (Common) | B | Dividend | K | T | | | | | |
| 234.  -Microsoft Corp (Common) | B | Dividend | L | T | | | | | |
| 235.  -Verizon Communications (Common) | A | Dividend | J | T | | | | | |
| 236.  -Forum Funds - Absolute Strategies Fd Instl Cl | | None | | | Sold | 01/16/15 | J | A | |
| 237.  -Manning & Napier Funds - World Opptys Ser Cl A | | None | | | Sold | 10/21/15 | K | | |
| 238.  -Oppenheimer Funds - Developing Mkts Instl Fd Cl Y | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Capital One Fncl Corp (Common) | A | Dividend | J | T | | | | | |
| 240. -International Business Machines Corp (Common) | A | Dividend | J | T | | | | | |
| 241. -Wasatch Long/Short Fund-Ins (Common) | B | Dividend | J | T | | | | | |
| 242. -Blackrock Inc Cl A (Common) | A | Dividend | K | T | | | | | |
| 243. -ConocoPhilips (Common) | A | Dividend | J | T | | | | | |
| 244. -Williams Cos Inc. (Common) | A | Dividend | J | T | | | | | |
| 245. -Google Inc Cl A (Common) (Y) | | None | | | | | | | |
| 246. -Alphabet Inc Cl A (Common) (X) | | None | J | T | | | | | |
| 247. -Disney Walt Co New (Common) | A | Dividend | L | T | | | | | |
| 248. -Allstate Corp (Common) | A | Dividend | J | T | | | | | |
| 249. -Google Inc Cl C (Common) (Y) | | None | | | | | | | |
| 250. -Alphabet Inc Cl C (Common) (X) | | None | J | T | | | | | |
| 251. -Halyard Health, Inc (Common) | | None | | | Sold | 01/16/15 | J | A | |
| 252. Trust #2 (H) | | | | | | | | | |
| 253. -PWM Fiduciary Master Dep Acct | A | Int./Div. | J | T | | | | | |
| 254. -Exxon Mobil Corp (Common) | A | Dividend | J | T | | | | | |
| 255. -General Electric Co (Common) | A | Dividend | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Abbott Labs (Common) | A | Dividend | K | T | | | | | |
| 257.  -Intel Corp (Common) | A | Dividend | J | T | Donated (part) | | | | |
| 258.  -Oppenheimer Funds-Developing Mkts Instl Fd Cl Y | A | Dividend | J | T | | | | | |
| 259.  -Note Rec. (Mortgage on rental prop #1-Part VI, Ln 1) | | None | M | U | | | | | |
| 260.  -Pepsico Inc (Common) | A | Dividend | J | T | | | | | |
| 261.  -Google Inc Cl A (Common) (Y) | | None | | | | | | | |
| 262.  -Alphabet Inc Cl A (Common) (X) | | None | J | T | | | | | |
| 263.  -Abbvie Inc (Common) | A | Dividend | J | T | | | | | |
| 264.  -Google Inc Cl C (Common) (Y) | | None | | | | | | | |
| 265.  -Alphabet Inc Cl C (Common) (X) | | None | J | T | | | | | |
| 266.  Trust #4 (Y) | | | | | | | | | |
| 267.  -Cash - ML Bank Deposit Program (Y) | | | | | | | | | |
| 268.  -General Electric (Common) (Y) | | | | | | | | | |
| 269.  -Home Depot Inc (Common) (Y) | | | | | | | | | |
| 270.  -Johnson and Johnson (Common) (Y) | | | | | | | | | |
| 271.  -Wal-Mart Stores Inc (Common) (Y) | | | | | | | | | |
| 272.  -Exxon Mobil (Common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 06/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -JPMorganChase (Common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 21 of 22

**Name of Person Reporting**

TREADWELL, MARC T.

**Date of Report**

06/14/2016

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Line 8: The value of the universal life policy in Column C(1) is the contract value as of 12/31/2015.

Part VII, Line 95: The prior report showed that this security was partially sold on 01/08/14. This was an error. The 01/08/14 sale was a complete liquidation of the security, so the number of shares owned at 12/31/2014 and 12/31/15 were zero.

Part VII, Lines 141-151: On 8/11/2015, the cash and securities in IRA #2 were moved from one brokerage firm to another brokerage firm in a "trustee to trustee" transfer. This was done at the request of the reporting individual's ▮▮▮▮, who is the beneficiary of the IRA.

Part VII, Line 147: The name of the security (stock symbol DEM) was changed to its correct name, "Wisdomtree Emerging Markets High Dividend Fund". On the previous year's report it was shown as "Wisdomtree Trust Emrg Mkt Eqt Fund".

Part VII, Lines 245-246: Effective 10/02/15, the name of this security changed from "Google Inc Cl A" to "Alphabet Inc Cl A".

Part VII, Lines 249-250: Effective 10/02/15, the name of this security changed from "Google Inc Cl C" to "Alphabet Inc Cl C".

Part VII, Lines 261-262: Effective 10/02/15, the name of this security changed from "Google Inc Cl A" to "Alphabet Inc Cl A".

Part VII, Lines 264-265: Effective 10/02/15, the name of this security changed from "Google Inc Cl C" to "Alphabet Inc Cl C".

Part VII, Lines 266-273: In prior reports, the beneficiary of Trust #4 was a dependent of the reporting individual. For 2015, the beneficiary was not a dependent, so the assets in Trust #4 are not reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARC T. TREADWELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544